1  Dean G. Rallis Jr. (# 94266)
     drallis@afrct.com
2  Daniel A. Armstrong (# 270175)
     darmstrong@afrct.com
3  Matthew D. Pham (# 287704)
     mpham@afrct.com
4  ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
5  301 N. Lake Ave., Suite 1100
   Pasadena, CA  91101-4158
6  Tel: (626) 535-1900 | Fax: (626) 577-7764

7  Attorneys for WELLS FARGO BANK, N.A.,
   successor by merger with Wells Fargo Bank
8  Southwest, N.A., f/k/a Wachovia Mortgage,
   FSB, f/k/a World Savings Bank, FSB
9  (erroneously sued as "Wells Fargo Home
   Mortgage")

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>ODDMUND HORVE,<br><br>  Debtor. | Case No.: 1:17-bk-10464-DM<br><br>Chapter 13 |
| ODDMUND OLAV HORVE,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>  Defendant. | Adv. No.: 1:17-ap-01018-DM<br><br>**CERTIFICATE OF SERVICE RE: PROPOSED ORDER GRANTING WELLS FARGO'S MOTION TO DISMISS THE DEBTOR'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**<br><br>Date:   [No Hearing Held]<br>Time:<br>Place:  99 South E Street<br>        Santa Rosa, California 95404 |

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave., Suite 1100, Pasadena, California 91101.

On the date below, I served the within following document(s) entitled:

**ORDER GRANTING WELLS FARGO'S MOTION TO DISMISS THE DEBTOR'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**

on all interested parties in said case addressed as follows:

*Served By Means Other than Electronically Via the Court's CM/ECF System*

*Attorneys for Debtor-Plaintiff Oddmund Horve*

Dean Lloyd, Esq.
LAW OFFICES OF DEAN LLOYD
425 Sherman Ave., Unit 330
Palo Alto, California 94306
Tel: (650) 328-1664
Fax: (650) 328-1666
Email: dlloyd.legaljaws@gmail.com

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on November 13, 2017.

| Marianne Mantoen | /s/ Marianne Mantoen |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |